**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Otto Davion THOMPSON, a.k.a.
Ot, Defendant–Appellant.**

No. 07–11613
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Jan. 8, 2008.

David Andrew Sigler, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

F. Luke Coley, Jr., Mobile, AL, for Defendant–Appellant.

Before CARNES, BARKETT and KRAVITCH, Circuit Judges.

PER CURIAM:

F. Luke Coley, Jr., appointed counsel for Otto Davion Thompson, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record confirms counsel's assessment of the relative merits of any potential issues for appeal. Because the record reveals no issues of arguable merit, we **GRANT** counsel's motion to withdraw

and **AFFIRM** Thompson's conviction and sentence.